IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW R. MCCORMICK, DENVAN BENTLEY, MARTIN R. STEWART, SPENCER L. POLLARD, LEE R. SPIELMAN AND GARRETT STEVENSON<br>　　*Plaintiffs,* | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:15-cv-02729 |
| | § | |
| RICHARD C. PAYNE, BRETT C. BRAYTON AND WARREN TRANSPORT, INC.<br>　　*Defendants.* | §<br>§<br>§<br>§ | |

**DEFENDANTS' DEMAND FOR JURY TRIAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

　　Defendants, Brett Colby Brayton and Warren Transport, Inc. hereby assert their right under the Seventh Amendment to the United States Constitution and demand a trial by jury on all issues, in accordance with Federal Rule of Civil Procedure 38.

Respectfully submitted,

By: */s/ David L. Sargent*
DAVID L SARGENT
State Bar No. 17648700
david.sargent@sargentlawtx.com
**BRENT W. CHANDLER**
State Bar No. 24055291
Brent.Chandler@sargentlawtx.com
ANDREW L. PETERSEN
State Bar No. 24059226
andrew.petersen@hsblaw.com

**SARGENT LAW, P.C.**
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: 214.749.6516
Facsimile: 214.749.6316

ATTORNEYS FOR DEFENDANTS
BRETT COLBY BRAYTON AND
WARREN TRANSPORT, INC.

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on the 20th day of August 2015, a true and correct copy of the foregoing document was forwarded via ECF Filing, to the following counsel of record:

Craig W. Thomas
Jeremy W. McKey
McKey & Sanchez, P.C.
1349 Empire Central, Suite 700
Dallas, Texas 75247

**ATTORNEYS FOR PLAINTIFFS**

ADAM B. LECRONE
JOHN W. BREEZE
MARK A. TEAGUE
T. RYAN JOHNSON
HILLARY L. CLARK
MICHAEL S. KELLY
CLINT B. SLOAN
The Lecrone Law Firm, PC
Wall Street Plaza
123 North Crockett Street, Suite 200
Sherman, Texas 75090

**ATTORNEYS FOR DEFENDANT RICHARD PAYNE**

Mr. J.B. Peacock, Jr.
Mr. David M. Vereeke
Gagnon, Peacock & Vereeke
4245 N. Central Expressway
Suite 250, LB 104
Dallas, Texas  75205

**ATTORNEY FOR CROSS-PLAINTIFF RICHARD PAYNE**

                */s/ David L. Sargent*
                **DAVID SARGENT**